NO. 11-13-00284-CR
no. 11-13-00285-CR

In the Court of Criminal Appeals of the State of Texas.

Unlawful Possession
of a firearm
cause Nos. CR21838
app. Nos. 11-13-00284-CR-PD-~~0868-15~~

Marc Shawn Walden
Appellant pro se

V.

The State of Texas
~~the~~ appellee

)( On Discretionary Review

~~0868-15~~

)( with Petition

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

)( From

Possession of a controlled
substance with intent to
deliver
Cause Nos. CR21838 PD missing
app. Nos. 11-13-00285CR

marc Shawn Walden
Appellant pro se

V.

The State of Texas
appellee

)( The Eleven Court

)(

)( Of Appeals

---

Abel Acosta, Clerk of the Court of Criminal Appeal of Texas, This letter is in regards to not understanding how come I got a Official Notice in regards to motion of Extension of time, I got notice of a granted motion but only on behalf of COA case No. 11-13-00284CR now PD-0868-15, But What happen to

COA Case nos. 11-13-00285CR.

I had one trial over both charges, under pro se I will file one time for both charges, So did I get a motion for Extension of time on COA Case Nos. 11-13-00285CR. And Abel Acosta I have no time to Entertain mistakes. my PD-0868-15 is for COA Case No 11-13-00284-CR, What is my PD-~~0868~~ for COA Case Nos. 11-13-00285-CR? Please respond